

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KATHERINE BREWER** | * | CIVIL ACTION NO.: 2:07cv1612 |
| **Plaintiff,** | * | |
| Versus | * | JUDGE: PATRICIA MINALDI |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | MAG.: KATHLEEN KAY |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Partial Voluntary Dismissal,

IT IS ORDERED that this matter is dismissed with prejudice as to State Farm Fire and Casualty Company, in its capacity as the WYO Program carrier only (flood insurer), with each party hereto to bear its own costs and expenses. Nothing herein can be construed to negatively affect Plaintiff's remaining claims.

Lake Charles, Louisiana this __11__ day of __Feb__, 2008.

_____
JUDGE

2